CA 05-62E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., | ) ) ) | Civil Action No.:05-62E |
| | ) ) | Judge Sean J. McLaughlin/ Magistrate Judge Susan Paradise Baxter |
| Plaintiff, | ) ) | |
| v. | ) ) | **REQUEST TO ENTER DEFAULT** |
| CONCEPTS IN CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

Filed on Behalf of:
Plaintiffs

Counsel of Record:
Stephen J. O'Brien, Esq.
PA I.D. # 59204

STEPHEN J. O'BRIEN AND
ASSOCIATES
71 McMurray Road, Ste.205
Pittsburgh, PA 15241

(412) 833-5949

CA 05-62E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., <br><br>        Plaintiff, <br><br>    v. <br><br><br>CONCEPTS IN CONSTRUCTION, INC., <br><br>        Defendant. | Civil Action No.:05-62E <br><br>Judge Sean J. McLaughlin/ Magistrate Judge Susan Paradise Baxter <br><br>**REQUEST TO ENTER DEFAULT** |

### AFFIDAVIT FOR ENTRY OF DEFAULT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | |
| ) ss. | |
| COUNTY OF ALLEGHENY ) | |

Stephen J. O'Brien, Esquire being duly sworn, says that he is the attorney for Plaintiff(s) in the above-entitled action; that the Complaint and Summons in this action were served on the Defendant on March 7, 2005; that the time within which Defendant may answer or otherwise move as to the complaint has expired; that the Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

_____
Stephen J. O'Brien, Esquire

Sworn to and subscribed before me
This 5th day of July, 2005
_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melissa A. Bianchin,
Upper St. Clair Twp.
My Com...
Member, Pennsylvania Association...