CA 05-62E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., | Civil Action No.:05-62E |
| Plaintiff, | Judge Sean J. McLaughlin/ Magistrate Judge Susan Paradise Baxter |
| v. | **REQUEST TO ENTER DEFAULT** |
| CONCEPTS IN CONSTRUCTION, INC., | |
| Defendant. | |

### REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court of the Western District of Pennsylvania:

Please enter the default of the Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Stephen J. O'Brien, Esq. hereto attached.

_____
Stephen J. O'Brien, Esquire

AND NOW, this _____ day of _____, 2005 pursuant to request to enter default and affidavits filed, default is hereby entered against Defendant for failure to plead or otherwise defend.

_____
CLERK

_____
BY