CA 05-62E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., | ) ) ) ) | Civil Action No.:05-62E<br><br>Judge Sean J. McLaughlin/ Magistrate Judge Susan Paradise Baxter |
| Plaintiff, | ) ) | |
| | ) | **REQUEST FOR DEFAULT** |
| v. | ) | **JUDGMENT** |
| | ) ) | |
| CONCEPTS IN CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

Filed on Behalf of:
Plaintiffs

Counsel of Record:
Stephen J. O'Brien, Esq.
PA I.D. # 59204

STEPHEN J. O'BRIEN AND
ASSOCIATES
71 McMurray Road, Ste.205
Pittsburgh, PA 15241

(412) 833-5949

CA 05-62E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., <br><br> Plaintiff, <br><br> v. <br><br> CONCEPTS IN CONSTRUCTION, INC., <br><br> Defendant. | Civil Action No.:05-62E <br><br> Judge Sean J. McLaughlin/ Magistrate Judge Susan Paradise Baxter |

### AFFIDAVIT FOR DEFAULT JUDGMENT

COMMONWEALTH OF PENNSYLVANIA  )
                               )  ss.
COUNTY OF ALLEGHENY            )

    Stephen J. O'Brien, Esquire, being duly sworn, says that he is the Attorney for the Plaintiffs(s) in the above-entitled action; that the amount due Plaintiff from Defendant is $2,703.21, plus costs; and that Defendant is not an infant or incompetent person; that the default for the Defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing and that no part thereof has been paid; and that the Defendant is not in the military service of the United States.

_____
Stephen J. O'Brien, Esquire

Sworn to and subscribed before me this

_5th_ day of _July_, 20_05_

_[signature]_
Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melissa A. Bianchin, Notary Public
Upper St. Clair Twp., Allegheny County
My Commission Expires Apr. 23, 2007
Member, Pennsylvania Association Of Notaries

# STEPHEN J. O'BRIEN & ASSOCIATES
## Attorneys at Law

Stephen J. O'Brien
Andrea K. Mitchel
Russell Gerney

July 5, 2005

Susan Parmeter, Division Supervisor
Clerk of Courts
P.O. Box 1820
Erie, PA 16507

**Re: Board of Trustees of Cement Masons Local 526 Combined Funds, Inc. v. Concepts in Construction, Inc.**

Dear Ms. Parmeter:

Enclosed please find an original and two copies of the Request to Enter Default/Request for Default Judgment. Please accept the same for filing and return a stamped copy to me in the enclosed self-addressed, stamped envelope.

If you should have any questions feel free to contact me at (412) 833-5949.

Sincerely,

Melissa Bianchin
Paralegal

Enclosures

71 McMurray Road, Suite 205
Pittsburgh, Pennsylvania 15241
(412) 833-5949   Fax (412) 833-6002

Toll Free: 1-866-LAW-ANSW
sjoatty@hotmail.com

1320 Eisenhower Blvd., Suite 600
Johnstown, Pennsylvania 15904
(814) 269-2197