CA 05-62E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., | ) ) ) | Civil Action No.:05-62E |
| | ) | Judge Sean J. McLaughlin/ |
| Plaintiff, | ) ) | Magistrate Judge Susan Paradise Baxter |
| v. | ) ) | |
| CONCEPTS IN CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

AND NOW, this _28th_ day of _July_____, 2005, upon application of the Plaintiffs and upon Affidavit that the Defendant has defaulted for failure to appear and that the Defendant is not an infant or incompetent person and not in the military service of the United States, the Court finds:

    1. That the Court has jurisdiction of the parties and of the subject matter;

    2. That this action has been brought under the terms of the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC §1001-1381;

    3. That the Defendant is bound by the terms and conditions of its collective bargaining agreement with Board of

CA 05-62E

Trustees of Cement Masons Local 526 Combined Funds of Western Pennsylvania; and

4. That the Defendant owes unpaid fringe benefits, collection costs and attorney fees for failure to pay fringe benefits when due, which required the expenditure of funds in collection of the unpaid fringe benefits, in the amount of $2,703.21.

THEREFORE, IT IS ORDERED that the Defendant and any and all persons acting for or on behalf of the Defendant be and the same are hereby restrained and enjoined from violating the Employees Retirement Income Security Act of 1974, 29 USC §1001-1381 and its collective bargaining agreements with Board of Trustees of Cement Masons Local 526 Combined Funds of Western Pennsylvania and the trusts created therein, requiring the furnishing of monthly reports and the making of payments by the 30th day of the following calendar month; and

IT IS FURTHER ORDERED that the Defendant pay unto the Plaintiffs the sum of $2,703.21, which includes litigation costs and attorney's fees.

s/Sean J. McLaughlin
_____
                        J.