SCANNED return

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of PENNSYLVANIA

BOARD OF TRUSTEES OF CEMENT MASONS
LOCAL 526 COMBINED FUNDS,
PLAINTIFF

V.

CONCEPTS IN CONSTRUCTION, INC.,
DEFENDANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-62 E

TO: (Name and address of Defendant)

CONCEPTS IN CONSTRUCTION, INC.
416 Cherry Street
Erie, PA 16507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. O'Brien, Esquire
Stephen J. O'Brien & Associates
71 McMurray Road, Suite 205
Pittsburgh, PA 15241
412-833-5949

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

R.V. Barth, Jr.

CLERK

FEB 18 2005

DATE

Edward Taylor

(By) DEPUTY CLERK

SSB *illegible* Erie
4
40108

# ALLEGHENY COUNTY SHERIFF'S DEPARTMENT
436 GRANT STREET
PITTSBURGH, PA 15219-2496
PHONE (412) 350-4700
FAX (412) 350-6388

**PETER R. DEFAZIO**
Sheriff

**DENNIS SKOSNIK**
Chief Deputy

PLAINTIFF: Board of Trustees of Cement Masons Local 526 Combined Funds VS.
DEFT: Concepts in Construction, Inc
DEFT: _____
DEFT: _____
GARNISHEE: _____
ADDRESS: 416 Cherry St. Erie, PA 16507
MUNICIPALITY OR CITY WARD: _____
DATE 2-17-05  20___
ATTY'S PHONE 412 833 5949

CASE#: 05-62 E
EXPIRES: 6-18-05
☐ SUMMONS/PRAECIPE
☐ SEIZURE OR POSSESSION
☒ NOTICE AND COMPLAINT  50
☐ REVIVAL OR SCI FA
☐ INTERROGATORIES
☐ EXECUTION • LEVY OR GARNISHEE
☐ OTHER U.S. District Court

ATTY: Stephen J. O'Brien
ADDRESS: 71 McMurray Rd Ste 205 Pgh PA 15241

☐ PERSONAL ☐ PERSON IN CHARGE ☒ DEPUTIZE ☐ MAIL ☐ POSTED ☐ OTHER ☐ LEVY ☐ SEIZED & STORED

NOW _____ 20____ I, SHERIFF OF ALLEGHENY COUNTY, PA do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law

**NOTE: ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN** - Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, with out liability on the part of such deputy herein for any loss, destruction or removal of any such property before sheriff's sale therof.

Seize, levy, advertise and sell all the personal property of the defendant on the premises located at: _____

| MAKE | MODEL | MOTOR NUMBER | SERIAL NUMBER | LICENSE NUMBER |
|------|-------|--------------|---------------|----------------|
|      |       |              |               |                |
|      |       |              |               |                |

## SHERIFF'S OFFICE USE ONLY

I hearby CERTIFY and RETURN that on the _____ day of _____, 20___ at _____ o'clock, A.M./P.M. Address Above/ Address Below, County of Allegheny, Pennsylvania

I have served in the manner Described below: _____
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Name & Relationship _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/other person authorized to accept deliveries of United States Mail _____
☐ Agent or person in charge of Defendant(s) office or usual place of business.

NO ANSWERS

☐ Other _____
☐ Property Posted _____
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☒ Vacant ☐ Other _____
☐ Certified Mail ☐ Receipt _____ ☐ Envelope Returned _____ ☐ Neither receipt or envelope returned; writ expired
☐ Regular Mail Why _____

SHERIFF [signature: Peter R. DeFazio]

2005 FEB 24 AM 10:06 SHERIFF'S OFFICE

You are hereby notified that on _____, levy was made in the case of _____
Possession/Sale has been set for _____ 20 ___ at _____ o'clock
**YOU MUST CALL DEPUTY ON THE MORNING OF SALE/POSSESSION BETWEEN 8:30 - 9:30 A.M.**
ATTEMPTS _____

Additional Costs Due $ _____, This is placed on writ when returned to Prothonotary. Please check before satisfying case.
Affirmed and subscribed before me
this _____ day of _____ 20 ____

_____
Notary

**PETER R. DEFAZIO, Sheriff**
BY: _____ DEPUTY
DISTRICT: _____

White Copy - Sheriff       Pink Copy - Attorney

CASE NO: 2005-00562 M

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF ERIE

BOARD OF TRUSTEES OF CEMENT

        VS

CONCEPTS IN CONSTRUCTION, INC

WILLIAM FENTON, Deputy Sheriff of ERIE County, Pennsylvania, who being duly sworn according to law, says, the within SUMMONS AND COMPLAINT was served upon CONCEPTS IN CONSTRUCTION, INC the DEFENDANT, at 1525:00 Hour, on the 7th day of March, 2005 at 416 CHERRY ST ERIE, PA 16501 by handing to FRANK DIX, OWNER a true and attested copy of SUMMONS AND COMPLAINT together with

and at the same time directing His attention to the contents thereof.

Sheriff's Costs:
  Docketing    .00
  Service      .00
  Affidavit    .00
  Surcharge    .00
             .00
             .00

So Answers:

Bob Merski, Sheriff of Erie County
By _____ Deputy Sheriff
00/00/0000

Sworn and Subscribed to before me this 8th day of March 2005 A.D.

NOTARIAL SEAL
BARBARA D. TURNER, Notary Public
City of Erie, Erie County
My Commission Expires April 7, 2007

```
                        RECEIPT FOR PAYMENT
                        ===================

Erie County Pennsylvania                    Receipt Date 02/24/2005
140 West Sixth St - 4th Floor               Receipt Time 11:10:50
Erie, PA  16501-1077                        Receipt No.    171826

    BOARD OF TRUSTEES OF CEMENT  (VS)  CONCEPTS IN CONSTRUCTION, INC
    Case Number  2005-00562 M
    Service Info
    Remarks      PD BY STEPHEN J O'BRIEN
                 K.C.

    Total Check... +        58.00            Check No.   356
    Total Cash.... +          .00
    Cash Out...... -          .00

    Receipt total. =        58.00

------------------------- Distribution Of Payment -----------------------------
Transaction Description   Payment Amount
SHERIFF FEES                    58.00            TREASURER OF ERIE COUNTY
                           _____
                                58.00
```

# OFFICE OF THE SHERIFF

ERIE COUNTY, PENNSYLVANIA
140 WEST SIXTH STREET • ERIE, PENNSYLVANIA 16501
814/451-6254    FAX 814/451-6323

**ERIE COUNTY SHERIFF'S SERVICE INSTRUCTION AND PROCESS RECORD**

INSTRUCTIONS: See "INSTRUCTIONS FOR SERVICE OF PROCESS BY THE SHERIFF" on the reverse of the last (No. 4) copy of this form. Please type or print legibly, insuring readability of all copies. Do not detach any copies.

**PLAINTIFF:** Board of Trustees of Cement Masons Local 526 Comb. Funds

**DEFENDANT:** Concepts in Construction Inc.

**TERM AND NO.:**

**TYPE OF WRIT:** Complaint - Notice / Summons

**SERVE NAME:** Concepts In Construction

**ADDRESS:** 416 Cherry St. Erie, PA 16507

**SEND NOTICE OF SERVICE COPY TO:**
Stephen J. O'Brien
71 McMurray Rd Ste 205
Pgh PA 15241

No. 1 of 1

☐ Serve Secretary of Commonwealth
☐ Deputized Service
☐ Publication

**SPECIAL INSTRUCTIONS:** Serve person in charge

**TELEPHONE NUMBER:** 412 833 5949
**DATE:** 2-7-05

**DEPOSIT:** 58.00
**DISTRICT TO SERVE:** Erie City

**SIGNATURE OF AUTHORIZED DEPUTY OR CLERK:** K Carson
**DATE:** 2/24/05

**DATE OF SERVICE:** 3/7/05   **TIME:** 1525